# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| TAMIKA D. EVANS | : | CASE NO: 23-12443 |
| Debtor | : | |

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

The Debtor, through counsel, responds to the motion of Kenneth E. West, Esquire, Chapter 13 Standing Trustee (the "Trustee"), to dismiss (the "Motion" (Doc. No. 29) as follows:

1. The Motion asserts that Debtor is not making payments.

2. The motion is unduly aggressive. Debtor's payment posted on the Trustee's records the same date the Trustee filed his motion.

3. At the time of the Trustee's motion, Debtor was four dollars in arrears, which is not sufficient basis for dismissal.

WHEREFORE, Debtor prays that this Court enter an Order DENYING the Motion without prejudice.

/s/ Alfonso G. Madrid
ALFONSO MADRID, ESQ.
Community Legal Services of Philadelphia
Attorney for Debtor
1410 W. Erie Ave.
Philadelphia PA 19140
(215) 215-227-4795
(215)227-2435
amadrid@clsphila.org